

Wednesday, November 27, 2013

No. 12–0501/AF. U.S. v. Jessica E. McFadden. CCA 37438. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 13–0524/AF. U.S. v. Senator G. Negron. CCA 37754. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 13–0602/AR. U.S. v. Thomas C. Flesher. CCA 20110449. Appellant's motion to extend time to file a brief is granted, *up to and including December 16, 2013,*